DEREK RISTER, )
)
      Plaintiff, )
)
      vs. )      CASE NO. 3:25-CV-00147-RLY-CSW
)
SABIC INNOVATIVE )
PLASTICS US LLC, )
)
      Defendant. )

**ACKNOWLEDGED. Case is dismissed with prejudice.**
**DATED: Mar 16, 2026**

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

Derek Rister and Defendant Sabic Innovative Plastics US LLC stipulate to dismiss

all claims with prejudice. Each party shall bear its own costs and attorneys' fees.

      Respectfully submitted,

<table>
<tr>
<td>

BIESECKER DUTKANYCH & MACER, LLC


By: */s/Lauren E. Berger (w/ consent)*
Kyle F. Biesecker Atty. No. 24095-46
Lauren E. Berger Atty. No. 29826-19
411 Main Street
Evansville, IN 47708
Telephone: 812.424.1000
Facsimile: 812.424.1005
*kfb@bdlegal.com*
*lberger@bdlegal.com*

*Attorneys for Plaintiff*

</td>
<td>

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Kenneth B. Siepman*
Kenneth B. Siepman Atty. No. 15561-49
Caitlin Schroeder Atty. No. 30121-45
300 N. Meridian St., Suite 2700
Indianapolis, Indiana 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
*kenneth.siepman@ogletree.com*
*caitlin.schroeder@ogletree.com*

*Attorneys for Defendant*

</td>
</tr>
</table>